ANDRE LEONARD AND RENEE LEONARD v. NORTH CAROLINA FARM
BUREAU MUTUAL INSURANCE COMPANY

No. 40A92

(Filed 19 November 1992)

On appeal by the defendant pursuant to N.C.G.S. § 7A-30(2) from a divided panel of the Court of Appeals, 104 N.C. App. 665, 441 S.E.2d 178 (1991), affirming the judgment of Henderson, J., entered 6 December 1990 in Superior Court, Nash County. Heard in the Supreme Court 8 September 1992.

This is an action to determine whether the underinsured motorist coverages in an insurance policy issued by the defendant may be stacked. The Court of Appeals held that the coverages may be stacked. The defendant appealed.

*Duffus and Associates, P.A., by J. David Duffus, Jr., for defendant appellee.*

*Nichols, Caffrey, Hill, Evans and Murrelle, by Paul D. Coates and ToNola D. Brown, for defendant appellant.*

PER CURIAM.

We reverse the decision of the Court of Appeals for the reasons stated in *Nationwide Mutual Insurance Company v. Robyn Silverman*, a minor child, by and through her guardian ad litem, Leesa Radja, No. 36PA92, filed today.

REVERSED AND REMANDED.